AO 472  (Rev. 05/05)  Order of Detention Pending Trial

# UNITED STATES DISTRICT COURT
### Eastern District of Michigan

UNITED STATES OF AMERICA

**V.**

ANTHONY MICHAEL HACHEM

*Defendant*

**ORDER OF DETENTION PENDING TRIAL**

Case Number:  06-30320-01

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been held.  I conclude that the following facts require the detention of the defendant pending trial in this case.

### Part I—Findings of Fact

- ☐ (1) The defendant is charged with an offense described in 18 U.S.C. § 3142(f)(1) and has been convicted of a   ☐ federal offense   ☐ state or local offense that would have been a federal offense if a circumstance giving rise to federal jurisdiction had existed -   that is
  - ☐ a crime of violence as defined in 18 U.S.C. § 3156(a)(4).
  - ☐ an offense for which the maximum sentence is life imprisonment or death.
  - ☐ an offense for which a maximum term of imprisonment of ten years or more is prescribed in _____ .*
  - ☐ a felony that was committed after the defendant had been convicted of two or more prior federal offenses described in 18 U.S.C. § 3142(f)(1)(A)-(C), or comparable state or local offenses.
- ☐ (2) The offense described in finding (1) was committed while the defendant was on release pending trial for a federal, state or local offense.
- ☐ (3) A period of not more than five years has elapsed since the   ☐ date of conviction   ☐ release of the defendant from imprisonment for the offense described in finding (1).
- ☐ (4) Findings Nos. (1), (2) and (3) establish a rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of (an) other person(s) and the community.  I further find that the defendant has not rebutted this presumption.

### Alternative Findings (A)

- ☐ (1) There is probable cause to believe that the defendant has committed an offense
  - ☐ for which a maximum term of imprisonment of ten years or more is prescribed in _____ .
  - ☐ under 18 U.S.C. § 924(c).
- ☐ (2) The defendant has not rebutted the presumption established by finding 1 that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

### Alternative Findings (B)

- ☑ (1) There is a serious risk that the defendant will not appear.
- ☑ (2) There is a serious risk that the defendant will endanger the safety of another person or the community.

### Part II—Written Statement of Reasons for Detention

I find that the credible testimony and information submitted at the hearing establishes by   ☑ clear and convincing evidence   ☐ a preponderance of the evidence  that

This is a presumption case. Defendant is 25 years old, has been residing with his sister for one month, and has been unemployed for one month.  He reports regular use of marijuana and cocaine for 8 years.  He currently has another outstanding bench warrant for failure to appear to answer charges relating to marijuana possession, and one outstanding warrant for failure to appear for sentencing in Wyandotte District Court.  He was convicted of Felony Home Invasion in 1999, sentenced, violated his probation and was re-sentenced. He has a felony controlled substance delivery and manufacturing conviction and two other misdemeanor convictions.   (Continued on page 2)

### Part III—Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

| June 23, 2006 | s/ Mona K. Majzoub |
|---|---|
| Date | |
| | MONA K. MAJZOUB UNITED STATES MAGISTRATE JUDGE |
| Signature of Judge | |
| | Name and Title of Judge |

*Insert as applicable:  (a) Controlled Substances Act (21 U.S.C. § 801 *et seq.*); (b) Controlled Substances Import and Export Act (21 U.S.C. § 951 *et seq.*); or (c) Section 1 of Act of Sept. 15, 1980 (21 U.S.C. § 955a).

ANTHONY MICHAEL HACHEM 06-30320-01                                    PAGE 2

Hachem participated in the alleged conspiracy and provided 3 handguns to his co-conspirators in furtherance of the armed robbery scheme.   Hachem potentially faces 15 years incarceration.  He has a proven record of failing to appear, he has no community ties, a long criminal history, and therefore poses both flight and danger risks.  No condition or combination of conditions exist that would assure his appearance or safety of the community.  **Detention is therefore ORDERED**.